Argued 22 October, decided 17 December, 1907.

## CHAN HI *v.* BLOOMER.

93 Pac. 141.

From Douglas: JAMES W. HAMILTON, Judge.

For appellant there was a brief and an oral argument by *Mr. Albert Abraham.*

For respondent there was a brief over the names of *Mr. William W. Cardwell* and *Mr. James O. Watson,* with an oral argument by *Mr. Cardwell.*

AFFIRMED.

Opinion by MR. COMMISSIONER KING.

This is an action at law by plaintiff for the recovery of a balance of $1,350, alleged to be due him from defendant on a contract for labor. The bill of exceptions discloses the same questions to be involved here, as urged in *Sutherlin* v. *Bloomer* (decided on this date), 50 Or. 398 (93 Pac. 135), except as to the third error therein assigned.

That case having determined the points here involved adversely to defendant's contention, it follows that the judgment of the circuit court in this action must be affirmed.

AFFIRMED.